IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**BARKIM ASADULLAH,**

      Plaintiff,

  vs.                                       **Civil Action 2:08-CV-997**
                                                 **Judge Marbley**
                                                 **Magistrate Judge King**

**DEPARTMENT OF REHABILITATION
AND CORRECTION,** *et al.*,

      Defendants.

## ORDER

On March 25, 2009, plaintiff was granted until April 15, 2009, to show cause why the case should not be dismissed for failure to timely effect service of process. *Order,* Doc. No. 6. The copy of that *Order* that was mailed to plaintiff was returned to the Court with the notation "Return to Sender - Deceased." Doc. No. 7.

This case is therefore **DISMISSED.**

                                                  *s/Algenon L. Marbley*
                                                    Algenon L. Marbley
                                              United States District Judge