# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN A CIVIL CASE

**BARKIM ASADULLAH,**

        **Plaintiff,**

    **vs.**                                             **Civil Action 2:08-CV-997**
                                                                     **Judge Marbley**
                                                                       **Magistrate Judge King**

**DEPARTMENT OF REHABILITATION**
**AND CORRECTION,** *et al.***,**

        **Defendants.**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the May 20, 2009 Order, service of process to the defendant was returned to sender, the plaintiff, marked deceased. This case is DISMISSED.

Date: **May 20, 2009**                   **James Bonini, Clerk**

                                                                           s/Betty L. Clark
                                                                         Betty L. Clark/Deputy Clerk